JAMES J. BROSNAHAN (CA SBN 34555)
JBrosnahan@mofo.com
CHRISTOPHER W. MAGAÑA (CA SBN 287256)
CMagana@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
TADASHI T. BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TADASHI T. BROWN, and<br>DELANDRO J. BROWN,<br><br>    Defendants. | Case No. CR-13-00199-YGR<br><br>**STIPULATION AND ORDER REFERRING MATTER TO MAGISTRATE** |

Defendant, TADASHI T. BROWN, intends to change his plea under the terms of a Rule 11(c)(1)(A) and 11(c)(1)(B) plea agreement. IT IS THEREFORE STIPULATED AND AGREED that the Court may enter the following order referring the matter to Magistrate Judge Kandis A. Westmore.

DATED: June 13, 2014

s/ Chris Magaña
JAMES J. BROSNAHAN
CHRIS W. MAGAÑA
Attorneys for Defendant Tadashi Brown

DATED: June 13, 2014

MELINDA HAAG
United States Attorney

s/ William Frentzen
WILLIAM FRENTZEN
Assistant United States Attorney

**ORDER**

With the agreement of the parties and with the consent of the defendant, the Court enters the following order:

Pursuant to General Order 42, the Court finds that exceptional circumstances warrant the referral of the above-captioned matter to Magistrate Judge Kandis A. Westmore for a report and recommendation on the acceptance of the defendant's guilty plea to take place on June 24, 2014 at 9:30 A.M. Upon conducting such a hearing, the Hon. Kandis A. Westmore shall schedule the matter for consideration of her report and recommendation on acceptance of the guilty plea, and judgment and sentencing on October 2, 2014 at 2:00 P.M. in Courtroom 1 of this Court, Hon. Yvonne Gonzalez Rogers presiding.

**IT IS SO ORDERED.**

DATED: June 13, 2014

YVONNE GONZALEZ ROGERS
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2014, I filed the foregoing Stipulation and Order Continuing Change of Plea Hearing and Excluding Time Under the Speedy Trial Act with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2014.

                                                          ____s/ Chris Magaña___

                                                          Chris Magaña